## GREAT WESTERN COAL & COKE CO. v. BOYD.

No. 4437.  Opinion Filed March 3, 1914.

Rehearing Denied September 22, 1914.

(143 Pac. 36.)

*Error from District Court, Latimer County;*
*W. H. Brown, Judge.*

Action by Maggie Boyd against the Great Western Coal & Coke Company, a corporation, and others. Judgment for plaintiff, and defendant named brings error. Affirmed.

*Gordon & McInnis,* for plaintiff in error.

*H. H. Smith* and *C. R. Hunt,* for defendant in error.

TURNER, J.   On April 10, 1910, Maggie Boyd, defendant in error, in the district court of Latimer county, sued the Great Western Coal & Coke Company, plaintiff in error, and W. P. Thomas and Dan Hughes, in damages for the negligent killing of her husband, Ulysses Boyd, who was one of the coal diggers that met death in the explosion of which we spoke in the McMahan case, *ante* (143 Pac. 23), against the same defendant. As the record here discloses substantially the same state of facts as in that case and the cases of Coffman and Cunningham, *ante,* also coal diggers, killed at the same time, and the assignments of error here involved were there decided, what we say in those cases, and especially in the Coffman case, is equally applicable here.

As in those cases, finding no error in the record, the judgment of the trial court is affirmed.

All the Justices concur, except 'WILLIAMS, J., absent and not participating.